UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENDY A. TEDESCO,

            Plaintiff,

  – against –

I.B.E.W. LOCAL 1249 INSURANCE FUND; EDWIN MOREIRA, JR., WILLIAM BOIRE, CHARLES BRIGHAM, JAMES C. ATKINS, MICHAEL GILCHRIST, and SCOTT LAMONT, as Trustees of the Fund; and DANIEL R. DAFOE, as Administrator of the Fund,

            Defendants.

---

Case No.: 14 CV 3367 (KBF)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, in accordance with this Court's orders entered on July 30, 2018 (DKT 123-24) and upon the accompanying memorandum of law and the declaration of Eric Weinstein, both dated August 20, 2018, plaintiff will move this Court before the Hon. Katherine B. Forrest at the U.S. Courthouse, 500 Pearl Street, New York, NY, courtroom 23-B, at a date and time to be determined by the Court, for an order awarding attorney's fees in the amount of $501,652.50 and costs in the amount of $10,781.65, for a total award of $512,434.15, pursuant to ERISA § 502(g)(1), and Rule 54(d)(2) of the Federal Rules of Civil Procedure.

Pursuant to DKT 124, defendants' opposition is due on September 20, 2018 and plaintiff's reply is due on September 27th.

Dated:  New York, New York
        August 20, 2018

                                  ELLENOFF GROSSMAN & SCHOLE LLP
                                  Attorneys for Plaintiff

                      By:  /s/ Eric Weinstein
                                  Eric Weinstein
                                  1345 Avenue of the Americas
                                  New York, New York 10105
                                  Tel:  (212) 370-1300
                                  Email: eweinstein@egsllp.com